UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VILES DELICES,
    Plaintiff,

vs.                                         Case No.:  3:22cv5051/MCR/ZCB

JOHN MARTIN,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 27, 2024.  (Doc. 85).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 85) is adopted and incorporated by reference in this order.

2.    Defendant's Motion for Summary Judgment (Doc. 61) is **DENIED**.

1

**DONE AND ORDERED** this 7th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**